UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SIKUT,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN CUCKLER, M.D., et al.,<br><br>    Defendants. | No. 2:19-cv-776-KJM-EFB PS<br><br><br>ORDER TO SHOW CAUSE |

After this case was transferred to this district, the court issued an order setting a status (pretrial scheduling) conference for October 16, 2019. ECF No. 64. That order also directed the parties to file a status reports within fourteen days of the scheduled conference or, in this instance, by October 2, 2019. *Id.*

That deadline has passed and none of the parties have filed status reports. Accordingly, the parties are ordered to show cause why they should not be sanctioned for their failure to comply with the court's order. *See* E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."); *see also* E.D. Cal. L.R. 183 ("Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure and by these Local Rules."); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

Accordingly, good cause appearing, it is hereby ORDERED that:

1. The status (pretrial scheduling) conference currently set for October 16, 2019 is continued to November 6, 2019 at 10:00 a.m. in Courtroom No. 8.

2. On or before October 23, 2019, the parties shall file status reports in accordance with the court's May 2, 2019 order. *See* ECF No. 64.

3. The parties shall show cause, in writing, no later than October 23, 2019, why sanctions should not be imposed for failure to comply with the court's May 2, 2019 order.

4. Failure to comply with this order may result in the imposition of sanctions.

DATED: October 10, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE